

# Fourth Court of Appeals
## San Antonio, Texas

September 29, 2020

No. 04-20-00116-CR

Anton Jamail **HARRIS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR3427
Honorable Frank J. Castro, Judge Presiding

## O R D E R

Appellant has filed a motion for extension of time in which to file appellant's brief. Appellant requests that his briefing deadline be extended to October 21, 2020. Appellant's motion is GRANTED. **Further requests for an extension of time in which to file appellant's brief will be disallowed.**

_Irene Rios_

Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of September, 2020.



_Michael A. Cruz_

MICHAEL A. CRUZ, Clerk of Court